IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION



| | |
|---|---|
| JOSEPH BERNARD FOWLER, PRO SE, § <br> TDCJ-CID # 623887 § <br> § <br> Plaintiff, § <br> § <br> v. §    2:05-CV-0235 <br> § <br> GLEN STOUDER, § <br> EXECUTIVE DIRECTOR OF § <br>    PARDONS AND PAROLES, § <br> TIMOTHY SIMMONS, and C. STEVENS, § <br> § <br> Defendants. § | |

### ORDER TO OPEN UNDER SEPARATE CAUSE NUMBER

Plaintiff JOSEPH BERNARD FOWLER, proceeding pro se and while a prisoner incarcerated in the Texas Department of Criminal Justice, Institutional Division, has filed suit pursuant to Title 42, United States Code, Section 1983 complaining against the above-named defendants. Attached to his complaint in this cause, and referenced therein, was another complaint form complaining about being required to work without compensation at the Baten ISF. The Clerk treated this second complaint form as an exhibit to the original complaint in this cause.

By Order issued August 26, 2005, plaintiff was ordered to respond and inform the Court whether he had intended the second fully-completed complaint form to be processed as an exhibit to the first complaint, filed in this cause, or whether he intended and still wished to have the second complaint form filed as another lawsuit under a separate cause number.

On September 6, 2005, plaintiff filed his response indicating that he "wish[es] to file the Second Complaint that the Clerk has marked as an Exhibit in the first lawsuit cause number 2-04CV-235-J."

Plaintiff's request is GRANTED.

The Clerk shall file the completed complaint form which was attached to the complaint form in the instant cause as an original complaint in a separate cause number.

IT IS SO ORDERED.

ENTERED this _7th_ day of September, 2005.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

2