IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION
_____

| | |
|---|---|
| JOSEPH BERNARD FOWLER, *PRO SE*, § | |
| TDCJ-CID #623887, § | |
| A.K.A. Eugene Bernard Fowler, § | |
| A.K.A. Bernard Fowler, § | |
| A.K.A. Joe Fowler § | |
| Previous TDCJ-CID #909414, § | |
| Previous TDCJ-CID #954506, § | |
| Previous TDCJ-CID #997657, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:05-CV-0235 |
| § | |
| GLEN STOUDER, Lt., § | |
| § | |
| Defendant. § | |

**JUDGMENT**

Of equal date herewith, the Court has entered a Memorandum Opinion and Order of Dismissal.

JUDGMENT IS ENTERED ACCORDINGLY.

IT IS THEREFORE ORDERED and DECREED that the Civil Rights Complaint filed by plaintiff JOSEPH BERNARD FOWLER is in all things DENIED and is hereby ORDERED DISMISSED AS FRIVOLOUS AND WITH PREJUDICE FOR PURPOSES OF PROCEEDING IN AN IN FORMA PAUPERIS PROCEEDING PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1915(b).  *Underwood v. Wilson*, 151 F.3d 292 (5th Cir. 1998); 42 U.S.C. § 1997e(a).

The Clerk will mail a copy of this Judgment to the plaintiff and to each attorney of record by first class mail.

IT IS SO ORDERED.

ENTERED this   1st   day of February, 2006.

/s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE