D4

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 AUG 18 PM 4:48

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSEPH BERNARD FOWLER, PRO SE, § <br> TDCJ-CID #623887, § <br> A.K.A. Eugene Bernard Fowler, § <br> A.K.A. Bernard Fowler, § <br> A.K.A. Joe Fowler § <br> Previous TDCJ-CID #909414, § <br> Previous TDCJ-CID #954506, § <br> Previous TDCJ-CID #997657, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GLEN STOUDER, Lt., § <br> § <br> Defendant. § | 2:05-CV-0235 |

## ORDER DENYING POST-JUDGMENT RELIEF

Came on for consideration plaintiff's August 13, 2015 "Motion to Object [etc.]" filed in the above-referenced cause.

The instant cause was dismissed with prejudice as frivolous on February 1, 2006. By his present motion, plaintiff argues the Court should not have filed his complaint in this cause number, but should have filed it with another complaint form which was filed under cause no. 2:05-CV-0249.

The Court complied with plaintiff's request made in response to the August 26, 2005 Order to Respond by which plaintiff was instructed to inform the Court whether he wanted the second complaint form to be considered by the Court. Plaintiff was informed at that time that, if he wanted it receive consideration, it would be filed as a separate complaint.

Plaintiff's response was clear that he wanted both complaint forms filed and the claims asserted therein to be considered by the Court. Ten years after the fact, plaintiff is unhappy with his choice and its results and argues the Court made a mistake.

Plaintiff has presented no meritorious argument to support a grant of any relief whatsoever. The "Motion to Object [etc.]" is DENIED.

**SIGNED and ORDERED this** _____18th_____ **day of August, 2015.**

_____
CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE